UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD BARROSSE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2042-WBV-JVM** |
| **HUNTINGTON INGALLS INCORPORATED, ET AL.** | **SECTION: D (1)** |

### RULE 54(b) JUDGMENT

Considering the Court's November 22, 2021 Order and Reasons (R. Doc. 182);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the plaintiffs' claims against defendants, Huntington Ingalls Incorporated and Lamorak Insurance Company, are **DISMISSED WITH PREJUDICE.**

This Judgment is a final judgment under the provisions of Fed. R. Civ. P. 54(b).

New Orleans, Louisiana, November 23, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**