UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD J. BARROSSE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2042-WBV-JVM** |
| **HUNTINGTON INGALLS INCORPORATED, ET AL.** | **SECTION: D (1)** |

## NOTICE OF APPEAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, Lynn Barrosse, Raegan Holloway, and Makenzie Stricker (collectively, the "plaintiffs"), the spouse and children of decedent, Ronald J. Barrosse, who hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on November 23, 2021 [Doc. No. 183]. That judgment followed the district court's order [Doc. No. 174] granting summary judgment in favor of defendant Huntington Ingalls Incorporated (f/k/a Northrop Grumman Shipbuilding, Inc. f/k/a Northrop Grumman Ship Systems, Inc., f/k/a Avondale Industries, Inc.) ("Avondale") and, under Fed. R. Civ. P. 54(b), made that ruling the judgment of the court dismissing the plaintiffs' claims against Avondale.

    Respectfully submitted,

    */s/ Jody E. Anderman*
    Cameron R. Waddell (Bar No. 24245)
    Jody E. Anderman (Bar No. 18764)
    WADDELL ANDERMAN, LLC
    2222 Eastgate Drive
    Baton Rouge, Louisiana 70816
    Telephone: (225) 636-5639
    Facsimile: (225) 636-5209
    ***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of December 2021, I electronically filed the foregoing pleading using the CM/ECF system, which sent notification of such filing to all attorneys of record.

/s/ Jody E. Anderman
JODY E. ANDERMAN